

**MEMO ENDORSED**

February 21, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  02/21/2024
```

**Via ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
500 Pearl St
New York, NY 10007

Re:   *Paradigm Clinical Research Center, Inc. et al. v. Paradigm Health, Inc.,*
        Case No. 1:23-cv-06875-JPC-KHP

Dear Judge Parker:

We are counsel to Defendant Paradigm Health, Inc. ("Defendant") and write jointly with counsel for plaintiffs Paradigm Clinical Research Center, Inc. and Paradigm Clinical Research Center, LLC ("Plaintiffs") to jointly request an adjournment of the parties' March 6, 2024 settlement conference and pre-conference submission due by February 28, 2024 (ECF No. 21).

The parties are actively engaged in ongoing settlement discussions and believe an adjournment of the settlement conference and pre-conference submissions would best allow the parties to continue making progress on their own party-to-party negotiations. Therefore, the parties respectfully request an adjournment of the settlement conference and pre-conference submission to a date after April 17, 2024. This is the first request for an extension of this deadline, and Plaintiff, through its counsel, consents to the extension. No other case deadlines will be impacted by this adjournment.

We thank the Court for its attention to this matter.

                                                                                            Respectfully submitted,

                                                                                            /s/ *Scott J. Sholder*
                                                                                            Scott J. Sholder

cc:     All Counsel of Record (via ECF)

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, March 6, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, April 23, 2024 at 2:00 p.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than April 16, 2024 by 5:00 p.m.

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

02/21/2024

Cowan, DeBaets, Abrahams & Sheppard LLP

41 Madison Avenue          9454 Wilshire Blvd
38th Floor                 Suite 901
New York, NY 10010         Beverly Hills, CA 90212                                          cdas.com