

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

**MEMO ENDORSED**

March 6, 2024

t 202.344.4684
f 202.344.8300
CRNelson@Venable.com

**VIA EMAIL**

The Honorable Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
500 Pearl St
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/07/2024

Re:   *Paradigm Clinical Research Center, Inc. et al. v. Paradigm Health, Inc.*
       Case No. 1:23-cv-06875-JPC-KHP

Dear Judge Parker:

We are counsel to Plaintiffs Paradigm Clinical Research Center, Inc. and Paradigm Clinical Research Center, LLC ("Plaintiffs") and write jointly with counsel for Paradigm Health, Inc. ("Defendant") to jointly request an adjournment of the parties' April 23, 2024 settlement conference and pre-conference submission due by April 16, 2024 (ECF No. 28).

Unfortunately, the representative for Plaintiffs has a pre-existing travel conflict on April 23, 2024. The parties have met and conferred and have confirmed availability on May 2 and May 3, 2024. Accordingly, should either of these dates be convenient for the Court, we respectfully request that Your Honor reschedule the Settlement Conference for one of the proposed dates. In the event that neither of the proposed dates work for the Court, the parties request the Court's availability for a settlement conference later in May.

This is the second request for an extension of this deadline, and Defendant, through its counsel, consents to the extension. No other case deadlines will be impacted by this adjournment.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Calvin R. Nelson*
Calvin R. Nelson

cc:   All Counsel of Records (via ECF)

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Tuesday, April 23, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, May 2, 2024 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 25, 2024 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/07/2024