```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PARADIGM CLINICAL RESEARCH CENTERS, INC.
and PARADIGM CLINICAL RESEARCH CENTERS, LLC,

                                Plaintiff,                      23-CV-6875 (JPC) (KHP)

         -against-                                 **ORDER**

PARADIGM HEALTH, INC.,
                                Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       By **July 28, 2024**, the parties are ordered to email the Court to provide a status update on settlement discussions.

                                **SO ORDERED.**

DATED:    New York, New York
               June 18, 2024

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge