**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PARADIGM CLINICAL RESEARCH CENTERS, INC.
and PARADIGM CLINICAL RESEARCH CENTERS, LLC,

                                 Plaintiff,          23-CV-6875 (JPC) (KHP)

       -against-                                           **ORDER**

PARADIGM HEALTH, INC.,

                                 Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      By **October 10, 2024**, the parties are ordered to email the Court to provide a status update on settlement discussions.

                          **SO ORDERED.**

DATED:     New York, New York
              September 18, 2024

                                                         _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge